UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE DAVID ALVAREZ,<br><br>    Petitioner,<br><br>v.<br><br>RAYMOND MADDEN,<br><br>    Respondent. | No. 1:17-cv-00546-DAD-JLT (HC)<br><br>ORDER DISREGARDING PETITIONER'S MISCELLANEOUS FILING<br><br>[Doc. 34] |

On December 12, 2017, the Court denied Petitioner's fifth request for extension of time. On December 26, 2017, Petitioner filed the instant pleading, captioned: "Order Denying Petitioner's Fifth Request for Extension of Time to File Traverse." (Doc. 34.) He then filed his traverse on December 29, 2017. (Doc. 35.)

It is unclear what Petitioner seeks with the filing of this pleading. He takes issue with the Court's denial of his request for extension of time; however, the reasons for that denial were fully discussed in the Court's order. (Doc. 33.) He complains that the Court's order caused him to immediately file his traverse which was not completed to the best of his ability. He asks the Court for any and all relief possible and that the records and transcripts lodged by Respondent be used in this action.

The Court finds that no additional relief is warranted. Petitioner was granted more than sufficient time to complete his traverse. Prisoners are generally granted thirty days to complete a traverse, and Petitioner had five months to complete his. He was forewarned that no further extensions would be granted absent extraordinary circumstances, but rather than attempting to

1

make a showing of such circumstances, he merely copied his previous request for an extension. With regard to the lodged records and transcripts, the Court will review the record as it pertains to Petitioner's claims.

Accordingly, the Court hereby **DISREGARDS** Petitioner's filing of December 26, 2017. (Doc. 34.)

IT IS SO ORDERED.

Dated: **January 4, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE